UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **SA CV 16-02078 AFM**                                      Date: December 12, 2017

Title  **Cesar Anthony Vazquez v. Nancy A. Berryhill**

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  ORDER TO SHOW CAUSE**

Pursuant to the Stipulation and Order extending the briefing schedule, Defendant's Memorandum in Support of Answer was due on December 4, 2017.  (ECF No. 28.)  The docket sheet shows that, as late as the date of this Order, defendant has not filed a Memorandum in Support of Answer.  Defendant has failed to comply with the Court's Order.

Accordingly, IT IS ORDERED that within 20 days from the filing date of this Order, Defendant shall show cause in writing why she should not be sanctioned for her failure to comply with the Court's orders.  The filing of Defendant's Memorandum in Support of Answer within 20 days, shall discharge the order to show cause.

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |